UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MICHAEL LOWE, | ) |
|     *Plaintiff*, | ) |
| v. | ) Case No. 1:25-cv-311 |
| | ) Judge Atchley |
| FRED CHRISTIAN, *et al.*, | ) Magistrate Judge Dumitru |
|     *Defendants*. | ) |

## ORDER

On November 7, 2025, United States Magistrate Judge Mike J. Dumitru filed a Report and Recommendation [Doc. 6] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends that Plaintiff's Complaint [Doc. 1] be dismissed for failure to state a claim and his application for leave to proceed *in forma pauperis* [Doc. 4] be denied as moot. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Dumitru's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Dumitru's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 6]. Plaintiff's Complaint [Doc. 1] is **DISMISSED** for failure to state a claim and Plaintiff's IFP application [Doc. 4] is **DENIED AS MOOT**.

**SO ORDERED.**

                                                          */s/ Charles E. Atchley, Jr.*
                                                          **CHARLES E. ATCHLEY, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**

---

[1] The Magistrate Judge advised that Plaintiff had 14 days to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 6 at 7, n. 2]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").